UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Division

                                                           Plaintiff

VS.                        CASE NUMBER:

                                                           Defendant

## CLERK'S DEFAULT

The defendant (s) :

was served on           , with a summons requiring an answer within      days from that date, and no answer or other responsive pleading has been filed.

Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, default is herein entered against the defendant (s):

                                                  James W. McCormack, Clerk

                                                _____

                                                By Deputy Clerk