IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOCAL UNION NO. 155 UNITED ASSOCIATION     PLAINTIFFS
OF JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPEFITTING INDUSTRY OF
THE UNITED STATES AND CANADA; LOCAL UNION
155, as successor to Local Union 454 United Association
of Journeymen and Apprentices of the Plumbing and
Pipefitting Industry of the United States and Canada;
MECHANICAL CONTRACTORS ASSOCIATION
OF ARKANSAS, INC.; THE LOCAL UNION 155
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING OF THE UNITED STATES AND
CANADA HEALTH AND WELFARE TRUST;
MATT FAIR, CHAIRMAN, JIM RYAN, TONY
ELLIS, SHELBY SMITH, MORRIS SMITH, JO
KINLEY, in their capacity as the members of LOCAL
155 HEALTH & WELFARE TRUST; and THE GREATER
LITTLE ROCK AREA JOINT APPRENTICESHIP
COMMITTEE

VS.                                       NO. 4:08-CV-00170 BSM

C. DEAN BAILEY, Individually and
AMERICAN HVAC SERVICES, INC.             DEFENDANTS

## CONSENT JUDGMENT

Now on this 12th day of January, 2009, came by joint motion of the above-named Plaintiffs and Separate Defendants C. Dean Bailey and American HVAC Services, Inc. and the entry of a consent judgment against C. Dean Bailey and American HVAC Services, Inc. based upon the agreement of the parties as evidenced by the signatures below:

1. The Plaintiffs in this cause of action are Local Union No. 155 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada; Local Union 155, as successor to Local Union 454 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and

Canada; Mechanical Contractors Association of Arkansas, Inc.; the Local Union 155 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting of the United States and Canada Health and Welfare Trust; Matt Fair, Chairman, Jim Ryan, Tony Ellis, Shelby Smith, Morris Smith and Jo Kinley, in their capacity as the members of Local 155 Health & Welfare Trust; and the Greater Little Rock Area Joint Apprenticeship Committee.

2. The Defendants in this cause of action are C. Dean Bailey, individually, and American HVAC Services, Inc., an Arkansas corporation.

3. Jurisdiction and venue are proper in this Court.

4. The parties agree that Plaintiffs shall have judgment against the Separate Defendants, jointly and severally, in the total sum of SIXTY ONE THOUSAND THREE HUNDRED THIRTY SIX AND 93/100 DOLLARS ($61,336.93).

5. Plaintiffs shall be entitled to all Writs of Execution, Attachment, and Garnishments which may issue to aid in the collection of this Judgment if the amounts owed are not paid in full within ten (10) days of the entry of this Order.

IT IS SO ORDERED.

_____
HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT COURT

DATED: 1-12-09

**APPROVED AS TO FORM:**

_____
Mark W. Hodge
CHISENHALL, NESTRUD & JULIAN, P.A.
400 West Capitol Avenue
2840 Regions Center
Little Rock, Arkansas  72201
(501) 372-5800
**ATTORNEYS FOR PLAINTIFFS**

_____
C. DEAN BAILEY, Individually

_____
AMERICAN HVAC SERVICES, INC.
By:   C. Dean Bailey
Its:    President